IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERIC CADE, )
)
    Plaintiff, )
) Civil Action No. 2:13-cv-45
V. )
)
TERRY O'BRIEN, )
)
    Defendant. )
_____ )

## ORDER TO SEAL EXHIBITS

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the exhibits to the Respondent's *Memorandum of Law in Support of Respondent's Motion to Dismiss or for Summary Judgment and Response to Order to Show Cause*, along with the attachments thereto, and having lodged the same with the Clerk of this Court, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that the exhibits to the *Memorandum of Law in Support of Respondent's Motion to Dismiss or for Summary Judgment and Response to Order to Show Cause* and all attachments thereto, currently lodged with the Clerk of this Court, be filed under seal by the Clerk and retained by the Court as part of the record herein.

Entered this 5st day of August 2013.

                                                         UNITED STATES MAGISTRATE JUDGE