FILED

AUG 0 5 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERIC CADE,                                    )
                                              )
            Petitioner,                       )
                                              )
        V.                                    )        Civil Action No. 2:13-cv-45
                                              )
TERRY O'BRIEN,                                )
                                              )
            Respondent.                       )
_____             )

### ORDER TO SEAL ATTACHMENTS

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the supplemental attachments appended to the Respondent's *Submission of Supplemental Attachments*, and having lodged the same with the Clerk of this Court, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that the supplemental attachments appended to the Respondent's *Submission of Supplemental Attachments*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk and retained by the Court as part of the record herein.

Entered this ____ day of August 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1