IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
AUG 0 5 2013
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

ERIC CADE,

    Petitioner,

V.

TERRY O'BRIEN,

    Respondent.

Civil Action No. 2:13-cv-45

## ORDER TO SEAL ATTACHMENTS

The Respondent having moved the Court, pursuant to the E-Government Act of 2002, to file unredacted documents under seal herein, more specifically the supplemental attachments appended to the Respondent's *Submission of Supplemental Attachments*, and having lodged the same with the Clerk of this Court, pending a ruling thereon by the Court, and it appearing to the Court that good cause and sufficient grounds exist for the Respondent's Motion, it is accordingly

**ORDERED** that the supplemental attachments appended to the Respondent's *Submission of Supplemental Attachments*, currently lodged with the Clerk of this Court, be filed under seal by the Clerk and retained by the Court as part of the record herein.

Entered this _5_ day of August 2013.

UNITED STATES MAGISTRATE JUDGE

1